IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISIDRO MORENO-ROBLES,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER EXCLUDING TIME AND SETTING CHANGE OF PLEA DATE<br><br><br><br>Case No. 2:06-CR-136 TS |

On June 12, 2006, the above-entitled case was transferred to this Court by Order of Recusal, whereby the Honorable David K. Winder recused himself and the case was reassigned for all further proceedings.[1]  Based on this, the Court finds that the ends of justice are served by re-setting the change of plea hearing originally scheduled for June 12, 2006, before Judge Winder, and that taking this action outweighs the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8).

It is therefore

ORDERED that the change of plea set for June 13, 2006, is STRICKEN.  It is further

---

[1]Docket No. 8.

1

ORDERED that the Court has set a new change of plea date by separate notice, at the earliest possible date. It is further

ORDERED that the period from June 12, 2006, until the change of plea date is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8).

DATED   June 19, 2006.

        BY THE COURT:

        _____
        TED STEWART
        United States District Judge